**UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**



FILED
JAN 09 2024
CLERK'S OFFICE
DETROIT

ANTONIO LYNN FLUKER, JR
    PLAINTIFF,

CASE NO: 22-12536
JUDGE BERNARD A. FRIEDMAN
MAGISTRATE PATRICIA T. MORRIS

v.

ALLY FINANCIAL, INC
    DEFENDANTS.
_____/

### NOTICE OF APPEAL TO THE SIXTH CIRCUIT

**NOTICE** is hereby given that **ANTONIO LYNN FLUKER** plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on December 21, 2023 [ECF No: 20].

Respectfully Submitted,

_____
Antonio Fluker, Pro-Se
Antonio Lynn Fluker 43577039
PO Box 1000
Milan, MI 48160
Email: alfluker13@gmail.com

Date: 01-02-2024

## **CERTIFICATE OF SERVICE**

I, Antonio Lynn Fluker, hereby certify that on January 2, 2024, I mailed a copy of the foregoing via USPS First Class Mail with postage paid to the clerk of court which will send notification of such filing to all attorneys of record:

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
231 W. LAFAYETTE BLVD
DETROIT, MI 48226

   I, Further certify that on January 2, 2024, I mailed a copy of the foregoing via USPS First Class Mail with postage paid to the Clerk of Court For The United States Court of Appeals For The Sixth Circuit which will send notification of such filing to all attorneys of record:

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
POTTER STEWART US COURTHOUSE
100 EAST FIFTH STREET, SUITE 500
CINCINNATI, OHIO 45202

Antonio Tucker
1402 W. Moore St
Flint MI 48504

Retail   48226

U.S. POSTAGE PAID
FCM LG ENV
FLINT, MI 48532
JAN 04, 2024
$1.35

RDC 99

R2305M144729-07

US District Court
Office of the Clerk
231 W. Lafayette Blvd
Detroit MI 48226

U.S. MARSHALS

THU 04 JAN 2024 PM
Metroplex MI-480 ZIP